# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Montana-Helena Division**

U.S. District Court case number: **6:20-cv-00067**

Date case was first filed in U.S. District Court: **09/09/2020**

Date of judgment or order you are appealing: **09/30/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Joe Lamm, Ravalli County Republican Central Committee, Jeff Wagner, Sylvia Wagner, Fiona Nave, Brent Nave

Is this a cross-appeal? ○ Yes  ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

1 South Sixth Street

City: Terre Haute    State: IN    Zip Code: 47807

Prisoner Inmate or A Number (if applicable):

**Signature** Courtney Turner Milbank    **Date** Sep 30, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                      Rev. 12/01/2018

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Joe Lamm, Ravalli County Republican Central Committee, Jeff Wagner, Sylvia Wagner, Fiona Nave, Brent Nave |

Name(s) of counsel (if any):

| |
|---|
| James Bopp, Jr., Richard E. Coleson, Courtney Turner Milbank, Angela Stuedemann |

Address: 1 South Sixth Street, Terre Haute IN 47807

Telephone number(s): 812-232-2434

Email(s): jboppjr@aol.com; rcoleson@bopplaw.com, cmilbank@bopplaw.com, astuedemann@bopplaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No
 *all are registered with the exception of Angela Stuedemann

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Stephen Bullock, in his official capacity as Governor of Montana |

Name(s) of counsel (if any):

| |
|---|
| Raphael Graybill, Rylee Sommers-Flanagan |

Address: PO Box 200801 Helena, MT 59620-0801

Telephone number(s): (406) 444-3179

Email(s): raphael.graybill@mt.gov, rylee.sommers-flanagan@mt.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Stephen Bullock, in his official capacity as Governor of Montana

Name(s) of counsel (if any):

Christopher D. Abbott

Address: 1712 Ninth Ave Helena, MT 59601
Telephone number(s): (406) 444-5779
Email(s): Christopher.Abbott@mt.gov

Name(s) of party/parties:

Corey Stapleton, in his official capacity as Secretary of State

Name(s) of counsel (if any):

Austin M. James

Address: P.O. Box 202801, Helena, MT 59620-2801
Telephone number(s): 406-444-2034
Email(s): Austin.James@mt.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*