UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOE LAMM; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> STEPHEN C. BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana, <br><br> Defendants-Appellees. | No.   20-35847 <br><br> D.C. No. 6:20-cv-00067-DLC <br> District of Montana, <br> Helena <br><br> ORDER |

Before:  W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

Appellants' emergency motion for injunctive relief pending appeal (Docket Entry No. 3) is denied.  *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20, (2008).

The briefing schedule established previously remains in effect.