|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 9 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOE LAMM; et al.,

    Plaintiffs-Appellants,

v.

STEPHEN C. BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,

    Defendants-Appellees.

No. 20-35847

D.C. No. 6:20-cv-00067-DLC
District of Montana,
Helena

ORDER

The appellants' unopposed motion (Docket Entry No. 20) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 03/08/2021/Pro Mo